IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

MARY J LINKINHOKER

\* Case No. 09-37346
\*
\* Judge Richard L. Speer
\*
\*
\* William L. Swope, Trustee
\* 221 South Main Street
\* Findlay, Ohio 45840
\* (419) 422-0288
\* Sup. Ct. #0029538
\*
\*

## ORDER FOR TURNOVER

This cause came on to be heard on the Motion of William L. Swope, Trustee.

No objection or other response to the Motion was filed. Upon due consideration and for good cause shown, it is hereby,

ORDERED, that the Debtor provide the Trustee copies of all bank account statements in all of the Debtor's deposit accounts on the date of the filing of the Debtor's bankruptcy petition (October 21, 2009). It is further,

ORDERED, that the Debtor provide the Trustee copies of the 2009 Federal and State Tax returns by April 15, 2010. It is further,

ORDERED, that the Debtor surrender the non-exempt portion of the 2009 Federal and State Tax refunds and any non-exempt funds on deposit, within ten days of receipt. It is further,

ORDERED, that the Debtor take no post-petition action that results in a diminution of the value of the potential estate asset.

Date: DEC 30 2009

/S/ RICHARD L. SPEER

JUDGE RICHARD L. SPEER