#8005279 dec/amy/sdf

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| MARY J. LINKINHOKER | ) | CASE NO. 09-37346 |
| | ) | |
| DEBTOR | ) | JUDGE RICHARD L. SPEER |

## ORDER GRANTING RELIEF
## FROM STAY AND ABANDONMENT: REAL PROPERTY LOCATED AT 899 W. LIMA ST. KENTON, OHIO

This matter came to be considered on the Motion for Relief From Stay and Abandonment filed by The Huntington National Bank successor by merger to Sky Bank.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 7 Trustee, and all other parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns as it pertains to a Real Property Located At 899 W. Lima St. Kenton, Ohio.

2. The Trustee is authorized and directed to abandon such Collateral.

Date: DEC 30 2009

/S/ RICHARD L. SPEER
RICHARD L. SPEER
United States Bankruptcy Judge

SUBMITTED BY:

/s/ Scott D. Fink
Scott D. Fink, (0069022)
Attorney for The Huntington National Bank successor by merger to Sky Bank
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite #200
Cleveland, OH 44113-1099
216-739-5644
ecfndoh@weltman.com

# CERTIFICATE OF NOTICE

District/off: 0647-3         User: jhuff              Page 1 of 1              Date Rcvd: Dec 30, 2009
Case: 09-37346               Form ID: pdf853          Total Noticed: 2

The following entities were noticed by first class mail on Jan 01, 2010.
db           +Mary J Linkinhoker,   2031 Belmont Dr,   Marysville, OH 43040-7015
18944570     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   4801 Frederica Street,   Owensboro, KY 42301)

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            The Huntington National Bank successor by merger t
                                                                                            TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2010**                         Signature:        *Joseph Speetjens*